# Exhibit B



**ACLJ**

American Center
*for* Law & Justice

January 6, 2011

Attention:  Vincent McCarthy
American Center for Law and Justice, Northeast
P.O. Box 1108
8 South Main Street
New Milford, CT 06776

Attention:  Vincent McCarthy
American Center for Law and Justice, Northeast
11 West Chestnut Hill Road
Litchfield, CT 06759

Re:    Inter-Organizational Pledge and Grant Agreement between the American Center
for Law and Justice, Inc. and the American Center for Law and Justice, Northeast,
Inc.

Dear Vince,

This letter serves as the formal six (6) months' notice that the American Center for Law
and Justice, Inc. (**"ACLJ National"**) will not be renewing the Inter-Organizational Pledge and
Grant Agreement with the American Center for Law and Justice, Northeast, Inc. (**"ACLJ
Northeast"**) at the end of the current term.  The current terms ends on July 31, 2012, and the
ACLJ National hereby advises you that the agreement will not be renewed beyond that date.

We also want to advise you that in the interim the ACLJ National will continue to make
the grant payments for the period through July 31, 2012, and in return, we do expect the ACLJ
Northeast to continue to perform its obligations under the agreement, including being responsible
for all litigation cases in which it is currently involved. As the termination date of July 31, 2012
approaches, the ACLJ National will work with you to substitute counsel in any active cases.

Please know that the legal work you have performed on important litigation cases is sincerely
appreciated, and we wish you God's blessings in all of your future endeavors.

Sincerely,

James E. Murphy
Vice President for Administration

*1000 Regent University Drive*
*Virginia Beach, Virginia 23464*