# Exhibit C

WHITELAW LEGAL GROUP
*Attorneys at Law*

3838 TAMIAMI TRAIL NORTH
THIRD FLOOR
NAPLES, FLORIDA 34103

(239) 262-1001
FACSIMILE (239) 261-0057

INTELLECTUAL PROPERTY
AND RELATED CAUSES

JENNIFER L. WHITELAW, ATTORNEY
email: j@whitelawfirm.com

**VIA EMAIL ONLY**

April 27, 2012

William G. Madsen, Esquire
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, Connecticut 06106

**Re: ACLJ Trademark Matters/Vincent McCarthy**

Dear Mr. Madsen:

This firm represents the American Center for Law and Justice, Inc. ("ACLJ") and we write to you in reference to our client's federally protected trademark portfolio, which as you know includes the ACLJ mark. Our client is also the owner of all right, title and interest in and to the following marks,

- United States Trademark Registration No. 1751700 for THE AMERICAN CENTER FOR LAW AND JUSTICE, a mark which has become, by operation of federal statutory law, incontestable.
- United States Trademark Registration No. 2844642 for ACLJ, a mark which has become, by operation of federal statutory law, incontestable.
- United States Trademark Registration No. 2844642 for [design mark], a design mark which has become, by operation of federal statutory law, incontestable.
- United States Trademark Registration No. 3366554 for [design mark]

among many others marks, including designs and related imagery (hereinafter the "ACLJ Family of Marks").

As one can imagine, throughout the years and at its considerable expense, ACLJ has created and extensively used certain valuable designations of origin which distinguish

William G. Madsen, Esquire
April 27, 2012
Page 2

our client above all others in the field, and which also educate the public as to the unique source of the ACLJ services and goods. The law places a legal burden on our client to guard and enforce these rights.

As you are aware, over the years, our respective clients had a working relationship. In furtherance of that, the ACLJ granted permission to your client to use the mark ACLJ in connection with the offering of very specific kinds of legal services rendered only by Mr. McCarthy in conjunction with ACLJ attorneys, and then only in accordance with the high quality standards and controls of our client.

Since the legal services which have in the past been offered by your client pursuant to this permission have now concluded, we write simply to confirm to that the permission previously granted as to use of the ACLJ mark, or any other mark within the ACLJ Family of Marks, has now been terminated. Accordingly, and so as to avoid any confusion as to source or origin of any good or service offered under any of the ACLJ Family of Marks, your client is required to fully cease and desist from all use of the ACLJ Marks in any manner including all uses, suggestion of sponsorship or affiliation, whether in print, broadcast, electronic, internet, corporate names, fictitious names, or internet domain names, or otherwise, whether in offering actual goods or services, or fundraising therefor, or for any other activity.

At your request, our client is also very happy to grant a winding down period to allow for the complete cession of use, up to thirty (30) days from the above date of this correspondence.

Having now been apprised of this matter, we trust that your client is in agreement to act in accordance with the notice given by this letter, however if that is not the case, please notify us immediately.

Thank you for your attention to this very important matter.

Sincerely,

*Jennifer L. Whitelaw*

Jennifer L. Whitelaw

cc:   client
      Andrew J. Ekonomou
      Mary K. Qualiana